**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| VALENTINA LYNN TALBOT,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1741-D |

**ORDER**

*Pro se* Petitioner Valentina Lynn Talbot filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [Doc. No. 1]. Petitioner is a citizen of Canada who entered the United States in January 2011. *Id.* at p. 9. On August 21, 2025, Petitioner was arrested in Texas and charged with ten counts of cruelty to animals. [Doc. No. 9, at p. 2]. On March 11, 2026, United States Immigration and Customs Enforcement ("ICE") received custody of her. *Id*. She is currently detained at Diamondback Correctional Facility in Watonga, Oklahoma. [Doc. No. 1, at p. 1].

Petitioner challenges her detention by ICE on various grounds, to include that she is entitled to release pursuant to *Immigr. Ctr. for Women and Children v. Noem*, 351 F.R.D. 324 (C.D. Cal. 2026), and that she is entitled to a bond hearing pursuant to 8 U.S.C. § 1226. [Doc. No. 1]. Respondents filed a Response in Opposition. [Doc. No. 9]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 5].

Judge Mitchell issued a Report and Recommendation ("Report"), in which she recommends that the Court deny Petitioner's habeas petition. [Doc. No. 10]. In the Report, Judge Mitchell concludes that the Petition warrants denial because Petitioner is subject to 8 U.S.C. § 1231(a), not § 1226(a). *Id.* at p. 5-7. Moreover, Judge Mitchell determined that the Court should deny the Petition because *Immigr. Ctr. for Women and Children v. Noem*, 351 F.R.D. 324 does not apply to her. *Id.* at p. 7-9.

In the Report, Judge Mitchell notified Petitioner of her right to file an objection to the Report on or before October 21, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of Judge Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court **ADOPTS** the Report [Doc. No. 10] in its entirety.

## CONCLUSION

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 10] is **ADOPTED**, and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 27th day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE